| | |
|---|---|
| 1 | Gordon M. Park, # 072190 |
|   | Mohammed S. Mandegary, # 235529 |
| 2 | McCormick, Barstow, Sheppard |
|   | Wayte & Carruth LLP |
| 3 | P.O. Box 28912 |
|   | 5 River Park Place East |
| 4 | Fresno, CA  93720-1501 |
|   | Telephone:    (559) 433-1300 |
| 5 | Facsimile:    (559) 433-2300 |

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff
AMCO INSURANCE COMPANY, a corporation

Julian J. Pardini, # 133878
Lewis, Brisbois, Bisgaard & Smith
One Sansome Street, Suite #1400
San Francisco, CA  94104-4448
Telephone:    (415) 362-2580
Facsimile:    (415) 434-0882

Attorney for Counterdefendant
AMCO INSURANCE COMPANY, a corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

FRESNO DIVISION

| | |
|---|---|
| AMCO INSURANCE COMPANY, a Iowa corporation, | Case No.  1:04-CV-06456-SMS |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF EXPERT DISCLOSURE AND DISCOVERY DEADLINES** |
| v. | |
| MADERA QUALITY NUT, LLC, a California corporation, MADERA QUALITY NUT, INC., a Virginia corporation, UNIVERSAL LEAF TOBACCO COMPANY, INC., a Virginia corporation, RED RIVER FOODS, INC., a Virginia corporation; and UNIVERSAL CORPORATION, a Virginia corporation, | |
| Defendant. | |

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINES

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | MADERA QUALITY NUT, INC., a Virginia corporation, formerly doing business as MADERA QUALITY NUT, LLC, a California corporation, |
| 2 | |
| 3 | |
| 4 | Counterclaimant, |
| 5 | v. |
| 6 | AMCO INSURANCE COMPANY, an Iowa corporation, |
| 7 | Counterdefendant. |

 8

 9  IT IS HEREBY STIPULATED, by and between Plaintiff, AMCO INSURANCE

10 COMPANY ("Plaintiff"), by and through its attorneys of record, Gordon M. Park, and

11 Defendants, MADERA QUALITY NUT, LLC; MADERA QUALITY NUT, INC.;

12 UNIVERSAL LEAF TOBACCO COMPANY, INC.; RED RIVER FOODS, INC.; and

13 UNIVERSAL CORPORATION (hereinafter collectively referred to as "Defendants"), by and

14 through their attorney of record, Arturo J. Gonzalez, that the expert disclosure and discovery

15 deadlines set by the Court in this case may be extended as provided below.

16  Good cause exists for the above stipulated extension in that neither side will be prejudiced

17 by an extension of these deadlines set by the Court.

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST

2

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINES

PDF created with pdfFactory trial version www.pdffactory.com

Accordingly, the parties propose that the Scheduling Order be amended to include the following revised dates:

1. Expert Disclosure deadline may be extended from January 6, 2006 to February 6, 2006;

2. Supplemental Expert Disclosure deadline may be extended from January 27, 2006 to February 27, 2006;

3. Discovery deadline may be extended from February 2, 2006 to March 20, 2006.

IT IS SO STIPULATED.

Dated: Dec 22, 2005                                AMCO INSURANCE COMPANY

                                                   By:      /s/Gordon M. Park
                                                           Gordon M. Park
                                                           Julian J. Pardini
                                                           Mohammed S. Mandegary
                                                           Attorneys for Plaintiff
                                                           AMCO INSURANCE COMPANY

Dated: 12  23 , 05                                 MADERA QUALITY NUT, LLC; MADERA
                                                   QUALITY NUT, INC.; UNIVERSAL LEAF
                                                   TOBACCO COMPANY, INC.; RED RIVER
                                                   FOODS, INC.; and UNIVERSAL
                                                   CORPORATION


                                                   By:      /s/Arturo J. Gonzalez
                                                           Arturo J. Gonzalez
                                                           Linda E. Shostak
                                                           Jeffrey P. Davis
                                                           Attorneys for Defendants

**ORDER**

Upon agreement and stipulation of the parties and good cause shown,

IT IS SO ORDERED.

Dated: 1/12/2006                                   By:   /s/ Sandra M. Snyder
                                                           Honorable Sandra M. Snyder
                                                           U.S. Magistrate Judge

02314/00451-897863.v1

3

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINES

PDF created with pdfFactory trial version www.pdffactory.com