UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMCO INSURANCE COMPANY, a corporation, <br><br> Plaintiff, <br><br> v. <br><br> MADERA QUALITY NUT, LLC, <br><br> Defendant. <br><br> AND RELATED CROSS-ACTIONS. | CASE NO. 1:04-cv-06456 SMS <br><br> **STIPULATION AND ORDER RE NEW DEADLINE DATES** <br><br> DATE: March 2, 2006 <br> TIME: 10:00 a.m. <br><br> COURTROOM:   #7 (6th floor) <br><br> **The Hon. Sandra M. Snyder** <br> **U.S. Magistrate Judge** |

On February 6, 2006, all counsel (Gordon M. Park and Mohammed S. Mandegary, attorneys for Plaintiff AMCO Insurance Company ("AMCO"), Arturo Gonzalez and Jeffrey P. Davis, attorneys for Defendant and Counterclaimant Madera Quality Nut, LLC. ("MQN"), and Julian J. Pardini, attorney for Counterdefendant AMCO) participated in a conference call with the Honorable Sandra M. Snyder to discuss the potential continuance of the trial date and all related pretrial dates. After all counsel were heard, Judge Snyder agreed that a continuance of the trial date was appropriate and set trial for **October 23, 2006.** Judge Snyder requested the parties meet and confer regarding the other pretrial dates and submit the results of this process to the Court.

/ / /

/ / /

1  Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on March 2, 2006
2  via telephone and was attended by all counsel identified above except Mr. Park.  Counsel agreed to
3  the following to be submitted to the Court in the form of an Amended Joint Scheduling Report:
4      1.  Each party shall be limited to conducting a maximum of 25 depositions under Rule
5  30 and/or Rule 31.  All other applicable limitations are governed by F.R.Civ.P. 30 and 31.  This
6  limitation takes into account that each of the parties has already conducted a number of
7  depositions, the amount of which will be deducted from the maximum of 25 allowed.
8      2.  At this time, the parties agree that discovery need not be conducted in phases or be
9  limited to or focused upon particular subjects.
10     3.  The parties have agreed to set the discovery cut-off date for June 12, 2006.
11     4.  The proposed date for disclosure of expert witnesses pursuant to F.R.Civ.P.
12 26(a)(2) is May 8, 2006 (at least 90 days before trial date per 26(a)(2)(C).
13     5.  Supplemental disclosure of witnesses under Rule 26(e) is due May 29, 2006.
14     6.  The parties will not be allowed to join additional parties or further amend the
15 pleadings.
16     7.  All potentially dispositive motions must be filed by July 10, 2006.
17     8.  All potentially non-dispositive motions must be filed by June 19, 2006.
18     9.  Final lists of witnesses and exhibits under Rule 26(a)(3) should be due: July 24,
19 2006.  The parties have agreed to a mutual exchange of final lists at the time of the pretrial
20 conference.
21     10.  Parties should have 14 days after service of final lists of witnesses and exhibits to
22 list objections under F.R.Civ.P. 26(a)(3).
23     11.  **Dates agreed to by all counsel for:**
24     **(a)  Hearing on pending discovery motions**  **March 31, 2006 at 10:30 a.m.**
25     **(b)  Hearing on motion for summary judgment**  **May 4, 2006 at 10:30 a.m.**
26     **(c)  Filing pre-trial motions**  **September 15, 2006**
27     **(d)  Pre-Trial Conference:**  **August 17, 2006 at 1:30 p.m.**
28     **(e)  Trial:**  **October 23, 2006 at 9:00a.m.**

1      11..    **A statement concerning possibility of settlement.**

In the interest of saving attorneys fees and expenses, the parties agree that a Voluntary Settlement Conference should occur before the Pre-Trial Conference. To this end, the parties have scheduled. a Voluntary Settlement Conference before Magistrate Judge Lawrence J. O'Neill on **August 8, 2006 at 10:30 a.m.** The parties further stipulate that any subsequent settlement conference in this matter may be handled by Judge O'Neill.

    13.    **A statement as to whether the case is a jury or non-jury case.**

The parties agree this case requires a court judgment on the declaratory relief itself with a fact-finding jury to resolve all factual issues in dispute.

    14.    **An estimate of the number of trial days required.**

The parties expect that a jury trial would likely take 15-20 trial days.

    15.    **Whether either party requests bifurcation of trial or has any other suggestion for shortening trial.**

At this time, the parties agree that bifurcation is appropriate on the claim for punitive damages. Given the circumstances of the Counterclaim against AMCO, AMCO further believes further that the declaratory relief and breach of contract causes of action should be tried before the cause of action in the Counterclaim for breach of the implied covenant of good faith and fair dealing.

    16.    **Whether this matter is related to any matter pending in this court or any other court.**

This matter is not related to any other matter pending in this court or any other court that would warrant consolidation.

Dated: April 19, 2006                      MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP

                                      By:    /s/ Gordon M. Park
                                              Gordon M. Park
                                           Mohammed S. Mandegary
                                           Attorneys for Plaintiff AMCO Insurance Company, a corporation

| | | |
|---|---|---|
| 1 | Dated: April 19, 2006 | DOWLING, ARRON & KEELER |
| 2 | | |
| 3 | | By:     /s/ Jeffrey P. Davis |
| 4 | | Jeffrey P. Davis<br>Attorneys for Defendant/Counterclaimant |
| 5 | | MADERA QUALITY NUT, INC. |
| 6 | Dated: April 18, 2006 | MORRISON & FOERSTER LLP |
| 7 | | |
| 8 | | By:     /s/ Arturo J. Gonzalez |
| 9 | | Arturo J. Gonzalez<br>Attorneys for Defendant/Counter-Claimant<br>MADERA QUALITY NUT, INC. and |
| 10 | | Defendants RED RIVER FOODS, INC.,<br>UNIVERSAL LEAF TOBACCO CO., INC. |
| 11 | | and UNIVERSAL CORPORATION |
| 12 | | |
| 13 | Dated: April 14, 2006 | LEWIS BRISBOIS BISGAARD & SMITH |
| 14 | | |
| 15 | | By:     /s/ Julian J. Pardini |
| 16 | | Julian J. Pardini<br>Attorneys for Plaintiff |
| 17 | | AMCO INSURANCE COMPANY |

                                    O R D E R

IT IS SO ORDERED.

**Dated:   May 9, 2006**          /s/ Sandra M. Snyder
icido3                          UNITED STATES MAGISTRATE JUDGE