Gordon M. Park, # 072190
Mohammed S. Mandegary, # 235529
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:     (559) 433-2300
**Attorneys for Plaintiff**
**AMCO INSURANCE COMPANY**

Linda E. Shostak, # 64599
Arturo J. Gonzalez, # 121490
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
Telephone:    (415) 268-7000
Facsimile:     (415) 268-7522

Jeffrey P. Davis, # 166484
Douglas T. Sloan, # 194996
Dowling, Aaron & Keeler, Inc.
8080 North Palm Avenue, Third Floor
Fresno, CA 93711
Telephone:    (559) 432-4500
Facsimile:     (559) 432-4590
**Attorneys for Defendants**
**MADERA QUALITY NUT, LLC; MADERA QUALITY NUT, INC.; RED RIVER FOODS, INC.; UNIVERSAL LEAF TOBACCO CO., INC.; and UNIVERSAL CORPORATION**

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| AMCO INSURANCE COMPANY, an Iowa corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MADERA QUALITY NUT, LLC, a California corporation; MADERA QUALITY NUT, INC., a Virginia corporation; UNIVERSAL LEAF TOBACCO COMPANY, INC., a Virginia corporation; RED RIVER FOODS, INC., a Virginia corporation; and UNIVERSAL CORPORATION, a Virginia corporation,<br><br>    Defendants. | Case No.  1:04-CV-06456-SMS<br><br>**STIPULATION AND  ORDER FOR DISMISSAL** |

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| MADERA QUALITY NUT, INC., a Virginia corporation, formerly doing business as MADERA QUALITY NUT, LLC, a California corporation, | |
| Counterclaimant, | |
| v. | |
| AMCO INSURANCE COMPANY, an Iowa corporation, | |
| Counterdefendant. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1). Each party to bear its own attorney's fees and costs of suit incurred.

Dated: January 25, 2007                    McCORMICK, BARSTOW, SHEPPARD,
                                           WAYTE & CARRUTH LLP


                                           By:  /s/ Mohammed S. Mandegary
                                               Gordon M. Park
                                               Mohammed S. Mandegary
                                               Attorneys for Plaintiff
                                               AMCO INSURANCE COMPANY

Dated: January 25, 2007                    DOWLING, AARON & KEELER, INC.


                                           By: /s/ Jeffrey P. Davis
                                               Jeffrey P. Davis
                                               Attorneys for Defendants
                                               MADERA QUALITY NUT, LLC;
                                               MADERA QUALITY NUT, INC.; RED
                                               RIVER FOODS, INC.; UNIVERSAL
                                               LEAF TOBACCO CO., INC.; and
                                               UNIVERSAL CORPORATION

**IT IS SO ORDERED.**

Dated: 1/25/2007


                                           By: /s/ Sandra M. Snyder
                                               SANDRA M. SNYDER
                                               United States Magistrate Judge

02314/00451-1054542.v1                          2

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com